PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Abdullah Bryant**                                                    Docket No. **05-703-01**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW **Denise May** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Abdullah Bryant,** who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, on November 17, 2004, under the following conditions:

1 $100,000 Unsecured Appearance Bond
2 Pretrial Services supervision
3 Travel restricted to New Jersey

On October 14, 2005, the defendant was arraigned before US District Judge Dennis M Cavanaugh. Bail was continued as previously set.

      Respectfully presenting petition for action of Court and for cause as follows:

The defendant has been charged with two new offenses while under Pretrial Services supervision.

On September 29, 2005, the defendant allegedly conspired with others to pass $1,400 in counterfeit money at Target, Ocean Township, Monmouth County, New Jersey. He is also charged with uttering a forgery. A warrant was issued on November 10, 2005. This matter has been referred to the Monmouth County Prosecutor's Office for review and is presently pending.

On November 5, 2005, the defendant allegedly passed a $100 counterfeit bill at Old Navy Store, Holmdel, New Jersey. A warrant was issued November 29, 2005. No other information was available.

PRAYING THAT THE COURT WILL ORDER that a bail hearing be scheduled.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __19__ day of __DEC__, __2005__ and ordered filed and made a part of the records in the above case. | Executed on __December 13, 2005__ |
| _/s/ Dennis M Cavanaugh_<br>Honorable Dennis M Cavanaugh<br>U.S. District Judge | _/s/ Denise May_<br>Denise May<br>U.S. Pretrial Services |

Hearing set for: January 9, 2006 at 10:00am