PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Abdullah Bryant      Cr: 05-00703-001 (SRC)
                                                        PACTS #: 41267

Name of Sentencing Judicial Officer: THE HONORABLE DENNIS M. CAVANAUGH
                                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/13/2013

Original Offense: BANK FRAUD, in violation of 18:1344A.F, Class B Felony

Original Sentence: 18 months custody, 36 months supervised release

Type of Supervision: supervised release             Date Supervision Commenced: 11/13/2013

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | On June 26, 2014, the offender tested positive for Cannabinoids. |
| 2 | Bryant owes restitution in the amount of $67,195.11 and a special assessment fee in the amount of $100.00. He began his supervised release term on November 13, 2013, and has not made any payments towards his financial penalties thus far. Bryant is currently employed and makes $500.00 per month. |

#### U.S. Probation Officer Action:

We respectfully request that Bryant be required to complete a Personal Financial Statement so that we can determine how much he is capable of paying towards his financial obligation per month. We will also require Bryant to take urinalysis more frequently to ensure compliance to supervision provisions.

                                                        Respectfully submitted,
                                                        By: Maria Goodwater
                                                              Probation Services Technician

                                                        Date: 07/23/2014

PROB 12A - Page 2
Abdullah Bryant

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

7/31/14
Date